- Alice Mickenberg, an Infant under the Age of Fourteen, by Israel Mickenberg, Her Guardian ad Litem, Respondent, v. Steinway & Sons, Appellant.— Judgment and order affirmed, with costs. No opinion.

Anna Hill, Respondent, v. Katie Weisenberger, as Executrix, etc., of Jacob Hill, Deceased, Appellant.— Judgment affirmed, with costs. No opinion.

James A. Tedford, Respondent, v. Thomas P. Taylor and George H. Munroe, Appellants.— Judgment and order affirmed, with costs. No opinion.

Willard S. Allen v. Addie Fromme, as Executrix, etc.— Motion denied, with ten dollars costs.

Edith Faurie v. Harry Lazelle.— Motion denied, with ten dollars costs.

Randolph Turner v. Charles E. Appleby.— Motion denied, with ten dollars costs.

Arthur Brisbane v. Pennsylvania Railroad Company.— Motion granted; question to be certified on settlement of order. Settle order on notice.

Eisek Corn and Another v. Max Lipman and Another.— Motion granted, question to be certified on settlement of order. Settle order on notice.

In the Matter of Louis Steckler, an Attorney.— Reference ordered before official referee. Settle order on notice.

John Howard Carpenter, Appellant, v. Thomas F. Hammond, Defendant, Impleaded with James B. Hammond, Respondent.— Judgment affirmed, with costs. No opinion.

Herman F. Bindseil, Appellant, v. John Vicario, Respondent.— Order affirmed, with costs. No opinion. Scott, J., dissenting.

Herbert N. Fell and T. Reid Fell, Composing the Firm of Fell & Fell, Respondents, v. Stepan de Kosenko and Others, Appellants.— Judgment and order affirmed, with costs. No opinion.

Joseph Murphy, Appellant, v. Charles W. Hogan and Jefferson Hogan, Doing Business under the Trade Name of T. Hogan & Sons, Respondents.— Judgment and order affirmed, with costs. No opinion.

Edward W. Berger, Respondent, v. Caroline Desel Berger, Appellant.— Judgment affirmed, with costs. No opinion.

Margaretha Mullerleile, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Ingraham, P. J., and McLaughlin, J., dissented on the ground that there is no evidence of negligence on the part of the defendant.

James E. Martin, Appellant, v. National Drill and Manufacturing Company, Respondent.— Judgment affirmed, with costs. No opinion.

Bertha Hausmann, as Administratrix, etc., of Albert Hausmann, Deceased, Respondent, v. The City of New York, Appellant.— Judgment and order reversed and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including interest and costs, to $7,841.25, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Sitta Fischer, Appellant, v. Adrian H. Joline and Douglas Robinson, in Their Capacity as Receivers of the New York City Railway Company, Respondents. Julius S. Fischer, Appellant, v. Adrian H, Joline and Douglas Robinson, in